UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
v.                              )          No. 3:22-CR-18-TAV-DCP
                                )
CARLOS G. LEWIS,                )
                                )
            Defendant.          )

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Carlos G. Lewis's Motion to Continue Trial [Doc. 241], which was filed on April 13, 2026.

Defendant Lewis asks the Court to continue the trial date in his case currently set for May 12, 2026 [*Id.*]. In support, Defendant states his counsel has been involved in a good faith effort to resolve his case, but additional time is required to resolve issues to facilitate a fair and reasonable potential plea agreement [*Id.* ¶ 2]. Defendant asserts that a continuance in his case will permit a final opportunity to make a full resolution of this matter [*Id.* ¶ 3].

Defendant acknowledges he understands his speedy trial rights and that the period of time between the filing of his motion for continuance and the rescheduled court date will be fully excludable for speedy trial purposes [*Id.* ¶ 4]. Defendant's motion also reflects that the Government does not oppose the requested continuance [*Id.* ¶ 5].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweighs the interests of the defendants and the public in a speedy trial. *See* 18 U.S.C. §

3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Specifically, Defendant's counsel and counsel for the Government need additional time to continue working toward a resolution, and, if necessary, prepare for trial. The Court finds that this cannot occur before the May 12, 2026, trial date.

The Court therefore **GRANTS** Defendant's Motion to Continue Trial [**Doc. 241**]. The trial date is reset to **August 4, 2026**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on April 13, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant's Motion to Continue Trial [**Doc. 241**] is **GRANTED**;

(2) the trial date is reset to commence on **August 4, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **April 13, 2026**, and the new trial date of **August 4, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **July 6, 2026**;

(5) the deadline for filing motions *in limine* is **July 20, 2026**, and responses to motions *in limine* are due on or before **July 27, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **July 21, 2026, at 1:00 p.m.**; and

2

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **July 24, 2026**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

3